THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DANIEL LEE BERG,** | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:11-cv-419 (CAR) |
| v. | : | |
| | : | |
| **Captain PEARL WHITE,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation of the United States Magistrate Judge [Doc. 14] to dismiss Plaintiff's claims against Defendant Paige Beasley pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.  Plaintiff has not filed an objection to the Recommendation.  This Court agrees with the Recommendation of the Magistrate Judge.  Thus, the Order and Recommendation [Doc. 14] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendant **PAIGE BEASLEY** is hereby DISMISSED as a Defendant in this action.  Plaintiff's claims against the remaining Defendants will go forward.

    **SO ORDERED**, this 5th day of April, 2012.

                                S/  C. Ashley Royal
                                C. ASHLEY ROYAL
                                UNITED STATES DISTRICT JUDGE

SSH