IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANIEL LEE BERG, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 5:11-cv-419 |
| | : | |
| v. | : | PROCEEDINGS UNDER |
| | : | 42 U.S.C. § 1983 |
| PEARL WHITE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

*ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 52] that Defendant's Motion for Summary Judgment be granted because Defendants are entitled to Eleventh Amendment immunity in their official capacities, Plaintiff has failed to show Defendants were deliberately indifferent to Plaintiff's due process rights, and Defendants are entitled to qualified immunity in their individual capacities.  Plaintiff filed an Objection to the Recommendation [Doc. 53]. Having considered Plaintiff's Objections and having investigated those matters *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge, and thus Defendants' Motion for Summary Judgment [Doc. 42] must be

1

GRANTED. The Report and Recommendation [Doc. 52] of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

In this case, Plaintiff claims Defendants violated his due process rights by illegally detaining him at the Peach County Jail ("PCJ") for nineteen days after Plaintiff pleaded guilty and was sentenced to credit for time served. Despite Plaintiff's objections, the Court agrees with the Recommendation that Defendants are entitled to judgment as a matter of law because (1) Defendant were acting as state actors when they detained Plaintiff in the PCJ, Defendants are entitled to Eleventh Amendment immunity in their official capacities; (2) it is undisputed that the PCJ did not receive documentation showing that Plaintiff was entitled to be released until May 10, 2011, Plaintiff has failed to show that Defendants were deliberately indifferent to Plaintiff's due process rights; and (3) Defendants have shown they are entitled to qualified immunity. The Court has considered Plaintiff's objections and finds them to be without merit.

## CONCLUSION

For the reasons set forth above, the Court agrees with the Magistrate Judge's findings and conclusion that Defendants are entitled to judgment as a matter of law, and their Motion for Summary Judgment should be granted. Thus, the Report and Recommendation of the United States Magistrate Judge

[Doc. 52] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 5th day of March, 2013.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH